MARK S. ASKANAS (SBN  122745)
REBECCA BENHURI  (SBN 209443)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  askanasm@jacksonlewis.com
E-mail:  rebecca.benhuri@jacksonlewis.com

Attorneys for Defendant
ZAYO GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE ENGURASOFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZAYO GROUP, LLC, a limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.3:14-cv-00689-DMR<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT ZAYO GROUP LLC'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DUE TO LEAD COUNSEL UNAVAILABILITY<br><br>Trial Date:       None Set |

("[PROPOSED]" is struck through.)

In reference to a letter (Document # 12, e-filed on May 8, 2014) from Mark S. Askanas, lead counsel in the above-referenced matter, Defendant G4S Secure Solution, Inc.'s request for continuance of the Initial Civil Case Management Conference scheduled for May 14, 2014 at 1:30 p.m. is hereby GRANTED.  The Initial Case Management Conference is continued to May 28, 2014 at 1:30 p.m.

Dated: May 9, 2014

_____
Hon. Donna M. Ryu
United States Magistrate Judge

4818-2979-1003, v.  1