1   MARK S. ASKANAS (State Bar No. 122745)
    SCOTT P. JANG (State Bar No. 260191)
2   JACKSON LEWIS P.C.
    50 California Street, 9th Floor
3   San Francisco, CA  94111
    Telephone:     415.394.9400
4   Facsimile:     415.394.9401
    Email:         askanasm@jacksonlewis.com
5                  scott.jang@jacksonlewis.com

6   Attorneys for Defendant
    ZAYO GROUP, LLC
7

8   ALAN F. COHEN (State Bar No. 194075)
    LAW OFFICES OF ALAN F. COHEN
9   101 Montgomery Street, Suite 2050
    San Francisco, CA 94104
10  Telephone:     415.984.1943
    Facsimile:     415.984.1953
11  Email:         alan@alancohenlaw.com

12  Attorney for Plaintiff
    SERGE ENGURASOFF
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16
    SERGE ENGURASOFF, an individual,        Case No. CV-14-00689 DMR
17
                            Plaintiff,       **STIPULATION AND [~~PROPOSED~~]
18                                           ORDER TO CONTINUE DEADLINE
         v.                                  FOR MEDIATION**
19
    ZAYO GROUP, LLC, a limited liability
20  company, and DOES 1 through 100, inclusive,

21                          Defendants.

22

23          The deadline for the parties to participate in mediation through the Northern District ADR

24  program is currently set for September 24, 2014.  However, due to difficulties in scheduling, the

25  parties will not have completed discovery necessary for an effective mediation by that date, in

26  particular the parties' own depositions.  The parties expect to conclude these initial depositions by

27  the first week of October.  Therefore, while the parties believe that mediation will be beneficial,

28  the parties also believe that mediation will be most fruitful after this discovery can be completed.

                                            1

1    Accordingly, for the reasons indicated above, the parties hereby stipulate and respectfully

2    request the Court to continue the deadline for participation in mediation to October 31, 2014.

3

4    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5

6                                                    LAW OFFICES OF ALAN F. COHEN

7

8    Dated: September 12, 2014              By:    *[s]* Alan Cohen
                                                    _____
9                                                   Alan F. Cohen
                                                    Attorney for Plaintiff
10                                                  SERGE ENGURASOFF

11

12                                                  JACKSON LEWIS P.C.

13

14   Dated: September 12, 2014              By:    /s/ Mark Askanas
                                                    _____
15                                                  Mark S. Askanas
                                                    Scott P. Jang
16                                                  Attorneys for Defendant
                                                    ZAYO GROUP, LLC

17

18   PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20   Dated: September 15, 2014              _____
                                                    United States Magistrate Judge
21

22

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DEADLINE FOR MEDIATION                                      Case No. CV-14-00689 DMR