Alan F. Cohen (State Bar No. 194075)
**LAW OFFICES OF ALAN F. COHEN**
101 Montgomery Street, Suite 2050
San Francisco, CA  94104
415.984.1943 (tel.)
415.984.1953 (fax)
alan@alancohenlaw.com

Attorneys for Plaintiff Serge Engurasoff

MARK S. ASKANAS (State Bar No. 122745)
SCOTT P. JANG (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone:      415.394.9400
Facsimile:       415.394.9401
Email:            askanasm@jacksonlewis.com
                     scott.jang@jacksonlewis.com

Attorneys for Defendant
ZAYO GROUP, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGE ENGURASOFF, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>ZAYO GROUP, LLC, a limited liability corporation, and DOES 1 through 100 inclusive,<br><br>             Defendants. | Case No. C 14-00689 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PARTIES TO TAKE DEPOSITIONS BEYOND THE FACT DISCOVERY CUT-OFF DATE, TO PROCEED WITH PRIVATE MEDIATION IN PLACE OF THE COURT'S ADR PROGRAM, AND TO EXTEND THE EXPERT DISCOVERY CUT-OFF** |

1

**STIPULATION AND ORDER TO EXTEND DEPOSITION CUT-OFF**

The parties have agreed to continue the noticed depositions of recently-revealed out-of-state witnesses until after the discovery cut-off date because it is necessary to accommodate the schedules of the witnesses and counsel. The parties agree that good cause exists to extend the cut-off because of scheduling issues and the fact that defendant recently, on November 26, produced several hundred documents identifying these additional witnesses on their roles in this case, as set forth below.  This will also necessitate extending the expert discovery deadlines, which the parties agree will not affect their ability to prepare for trial.

Secondly, for the reasons set forth below, the parties believe that the best chance to resolve this case is through a private mediator with substantial employment law experience after taking these additional depositions.  As such, the parties also request that the Court vacate the December 10, 2014 mediation in this matter so they can pursue private mediation with a mutually agreeable mediator within the first two weeks of January 2015.  To resolve the difficulties of scheduling these depositions on short notice, and scheduling a private mediation, the parties enter into the following stipulation:

WHEREAS the fact discovery cut-off in this case is December 12, 2014, which date has previously been extended once before by order of the Court;  and

WHEREAS on November 7, 2014 Defendant served a nine-page privilege log providing notice for the first time of documents Defendants had redacted or were withholding on the ground of attorney-client privilege; and

WHEREAS the parties subsequently met and conferred over whether these documents should be produced; and

WHEREAS on November 24 and 26 Defendant produced additional documents that Plaintiff believes reveal the existence of new witnesses or evidenced previously-unknown actions by other witnesses in the central issues of the case, *i.e.,* the decision to terminate Plaintiff, the reassignment of his accounts while on CFRA/FMLA medical leave, and the handling of Plaintiff's commissions; and

2
**STIPULATION AND ORDER TO EXTEND DEPOSITION CUT-OFF**

WHEREAS on November 26, the same day he received these new documents, Plaintiff timely noticed the depositions of five of these witnesses, all of whom reside out-of-state;[1] and

WHEREAS the parties have met and conferred in good faith and agree that Plaintiff may take these depositions; but

WHEREAS scheduling the depositions on short notice on dates on which the witnesses and counsel for both parties are available would be very difficult to accomplish before the discovery cut-off without imposing significant hardship on either the witnesses, counsel, or both; and

WHEREAS the parties have conferred in good faith about the ADR avenue that will provide the best chance for the resolution of the case, and have mutually agreed that the retention of a mediator with substantial experience in employment litigation will maximize the chance of resolution; and

WHEREAS the parties agree that the stipulations contained herein will not affect the trial date or other deadlines set by the Court;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the parties may set the depositions of these witnesses up to one month beyond the fact discovery cut-off if necessary, *i.e.,* January 12, 2015.  The parties agree that they will endeavor to get these depositions on calendar as soon as possible.

IT IS ALSO HEREBY STIPULATED by and between the parties to this action through their designated counsel that the parties may file motions to compel the testimony of these witnesses or to seek a protective order regarding these depositions until one week later, *i.e.,* January 19, 2015.

IT IS FURTHER STIPULATED by and between the parties that the deadline for disclosing experts will be extended by four weeks (i.e., to January 12, 2015) in order to incorporate deposition testimony; and that the deadline for expert rebuttal and expert discovery be similarly extended by four weeks.

---

[1] Plaintiff also noticed the deposition of a party-affiliated witness located in San Diego whom Defendant had previously agreed to produce for deposition without subpoena.

3

**STIPULATION AND ORDER TO EXTEND DEPOSITION CUT-OFF**

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the parties will mediate this case with a private, mutually agreed upon mediator no later than January 19, 2015.  The parties will endeavor to complete the mediation as soon as practical.  The parties respectfully ask the Court to vacate the December 10, 2014 mediation date.  All other dates as set in the Court's Pre trial order remain the same.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 5, 2014              LAW OFFICES OF ALAN F. COHEN


                                     By:     *[s]* Alan F. Cohen
                                             Alan F. Cohen
                                             Attorney for Plaintiff
                                             SERGE ENGURASOFF

Dated:  December 5, 2014             JACKSON LEWIS P.C.


                                     By:     *[s]* Mark S. Askanas
                                             Mark S. Askanas
                                             Scott P. Jang
                                             Attorneys for Defendant
                                             ZAYO GROUP, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December  8 , 2014            _____
                                     Donna M. Ryu
                                     United States Magistrate Judge

4

**STIPULATION AND ORDER TO EXTEND DEPOSITION CUT-OFF**