MARK S. ASKANAS (State Bar No. 122745)
SCOTT P. JANG (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone    415.394.9400
Facsimile:    415.394.9401
Email:    askanasm@jacksonlewis.com
         scott.jang@jacksonlewis.com

Attorneys for Defendant
ZAYO GROUP, LLC

ALAN F. COHEN (State Bar No. 194075)
LAW OFFICES OF ALAN F. COHEN
101 Montgomery Street, Suite 2050
San Francisco, CA 94104
Telephone:   415.984.1943
Facsimile:   415.984.1953
Email:    alan@alancohenlaw.com

Attorney for Plaintiff
SERGE ENGURASOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE ENGURASOFF, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ZAYO GROUP, LLC, a limited liability company, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV-14-00689 DMR<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXTENDING DEADLINE TO EXHAUST MEET AND CONFER EFFORTS AND TO FILE ANY JOINT DISCOVERY LETTER |

　　　On December 19, 2014, the Court ordered the parties to meet and confer further regarding a discovery letter filed by Plaintiff Serge Engurasoff ("Plaintiff") and stated that in the event the parties cannot resolve the disputed discovery issue the parties shall file a joint discovery letter by January 5, 2015.  Due to the holiday schedule and the parties' efforts to complete and file summary judgment opposition papers, the parties have been unable to exhaust meet and confer

efforts on this matter. The parties therefore stipulate and respectfully request the Court extend the deadline for filing any joint discovery letter by one week to January 12, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

JACKSON LEWIS P.C.

Dated: January 5, 2014

By: /s/
Mark S. Askanas
Scott P. Jang
Attorneys for Defendant
ZAYO GROUP, LLC

LAW OFFICES OF ALAN F. COHEN

Dated: January 5, 2014

By: /s/
Attorney for Plaintiff
SERGE ENGURASOFF

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 6, 2015

United States Magistrate Judge

4842-9703-7601, v. 1

---

CERTIFICATE OF SERVICE          Case No. CV-14-00689 DMR