UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGE ENGURASOFF, | No. C-14-00689-DMR |
| Plaintiff(s), | **ORDER RESETTING HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT [DOCKET NOS. 36, 39]; EXTENDING DISCOVERY DEADLINES; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ZAYO GROUP LLC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' stipulation to extend certain deadlines and hearings in this case. [Docket No. 58.]

Please be advised that the previously-noticed hearing date of January 22, 2015 on the parties motions for summary judgment has been continued. You are hereby notified that the hearing on the motions is set for **February 12, 2015 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

The deadline for expert rebuttal is continued to **February 18, 2015**. The deadline for expert discovery is continued to **February 27, 2015**. The deadline for the parties to meet and confer regarding the joint discovery letter denied without prejudice by the court, *see* Docket No. 57, is continued to **February 16, 2015**.

**United States District Court**
For the Northern District of California

A Case Management Conference is scheduled for scheduled for **February 12, 2015 at 11:00 a.m.** The Case Management Statement is due no later than **February 5, 2015.**

IT IS SO ORDERED.

Dated:  January 27, 2015



_____
DONNA M. RYU
United States Magistrate Judge