1   PATRICK C. MULLIN (State Bar No. 72041)
    MARK S. ASKANAS (State Bar No. 122745)
2   SCOTT P. JANG (State Bar No. 260191)
    JACKSON LEWIS P.C.
3   50 California Street, 9th Floor
    San Francisco, CA  94111
4   Telephone:     415.394.9400
    Facsimile:     415.394.9401
5   Email:         mullinp@jacksonlewis.com
                   askanasm@jacksonlewis.com
6                  scott.jang@jacksonlewis.com

7   Attorneys for Defendant
    ZAYO GROUP, LLC
8

9   ALAN F. COHEN (State Bar No. 194075)
    LAW OFFICES OF ALAN F. COHEN
10  101 Montgomery Street, Suite 2050
    San Francisco, CA 94104
11  Telephone:     415.984.1943
    Facsimile:     415.984.1953
12  Email:         alan@alancohenlaw.com

13  Attorney for Plaintiff
    SERGE ENGURASOFF
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17
    SERGE ENGURASOFF, an individual,        Case No. CV-14-00689 DMR
18
                        Plaintiff,          **STIPULATION AND [~~PROPOSED~~]**
19                                          **ORDER TO CONTINUE CERTAIN**
            v.                              **DISCOVERY DEADLINES**
20
    ZAYO GROUP, LLC, a limited liability
21  company, and DOES 1 through 100, inclusive,

22                      Defendants.

23

24

25          There are three upcoming discovery deadlines: (1) any joint discovery letter regarding

26  privileged documents is to be filed by February 17, 2015;[1] (2) any expert rebuttal report is due by

27

28  _____
    [1] The Court's order set the deadline for February 16, 2015, but that date fell on President's Day,
    which is a federal holiday.  (ECF No. 59.)
                                              1
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE
    CERTAIN DISCOVERY DEADLINES                              Case No. CV-14-00689 DMR

1  February 18, 2015; and (3) all expert discovery is due to be completed by February 27, 2015.  The

2  parties hereby stipulate and respectfully request the Court to extend these deadlines as follows.

3        First, the parties stipulate and respectfully request the Court to extend the deadline for any

4  joint discovery letter regarding privileged documents to February 20, 2015 to allow further meet

5  and confer efforts.[2]  Second, the parties stipulate and respectfully request the Court to extend the

6  deadline for expert rebuttal reports to March 13, 2015 so that Defendant's damages expert has

7  sufficient time to review the earning statements that Plaintiff referenced in his expert damages

8  report and has agreed to produce.  Third, the parties stipulate and respectfully request the Court to

9  extend the deadline for completion of expert discovery to March 31, 2015, so that the parties can

10  examine the damages experts in light of any ruling the Court reaches on the parties' motions for

11  summary judgment.

12

13  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

14
                                    JACKSON LEWIS P.C.
15

16
   Dated: February 17, 2015          By:   /s/ Mark S. Askanas
17                                         Patrick C. Mullin
                                           Mark S. Askanas
18                                         Scott P. Jang
                                           Attorneys for Defendant
19                                         ZAYO GROUP, LLC

20
                                    LAW OFFICES OF ALAN F. COHEN
21

22
   Dated: February 17, 2015          By:   /s/ Alan F. Cohen
23                                         Alan F. Cohen
                                           Attorney for Plaintiff
24                                         SERGE ENGURASOFF

25  _____
   [2] The parties acknowledge that the Court has extended this deadline before so that counsel could
26  tend to family matters.  The parties are near completion of their meet and confer efforts.  On
   Wednesday, February 11, 2015, Plaintiff provided Defendant a list of 50 Bates numbered pages
27  he seeks to have produced.  This was a day before oral argument on the parties' motions for
   summary judgment.  Defendant provided Plaintiff an updated privilege log on February 17, 2015
28  and suggested discussion that day or the next.  The parties intend to do so and will file any joint
   letter or document as needed.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CERTAIN DISCOVERY DEADLINES                          Case No. CV-14-00689 DMR

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated: _____Feb. 19_____, 2015

4                                                    _____
                                                     Honorable Donna M. Ryu
5                                                    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3